UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
HUNTER TBA, INC.,

                    Plaintiff,                    ORDER
                                                              99 CV 2643 (ILG) (CLP)

    -against-

TRIPLE V SALES,

                    Defendant.
-----------------------------------------------------------x
GLASSER, United States District Judge:

       A Report and Recommendation of Magistrate Judge Pollak, dated March 27, 2008, recommending that an Order of Contempt be issued against defendant Stuart Agtsteribbe, for his failure to respond to the subpoena and for his failure to appear at the January 17, 2008 hearing. Any objections were to be made within ten days of receipt of the Report, and that failure to do so waives a right to appeal. As of this date, no objection has been filed.

       The Report and Recommendation, which thoroughly reviewed the facts and the controlling authorities is, after due consideration, hereby adopted in its entirety. Accordingly, it is hereby ordered that an Order of Contempt be issued against defendant Stuart Agtsteribbe.

       SO ORDERED.

Dated:     Brooklyn, New York
             April 18, 2008

                                                                S/
                                                        I. Leo Glasser